IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MANUEL TJEDA ALVAREZ,                         Civ. No. 04-1685-TC

       Petitioner,                        Order

  v.

SHARON BLACKLETTER,

       Defendant.

    Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on April 20, 2006 in the above entitled case. The matter is now before the court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a _de novo_ determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); _McDonnell Douglas Corp. v. Commodore Business Machines_, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

    Petitioner timely filed objections. The court has,

therefore, given de novo review of Judge Coffin's rulings.

After review, the court adopts the Findings and Recommendation filed April 20, 2006 [#36] in its entirety. The court adds that petitioner was not prejudiced by the performance of appellate counsel because petitioner had no right to his illegal guidelines sentence. <u>Lockhart v. Fretwell</u>, 506 U.S. 364, 372 (1993).

The petition for writ of habeas corpus [#1] is denied.

IT IS SO ORDERED.

DATED this 28th day of July, 2006.

                                        _Michael R. Hogan_
                                      United States District Judge